NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**ALMONDNET, INC.,**
*Appellant*

**v.**

**META PLATFORMS, INC., AMAZON.COM, INC., AMAZON WEB SERVICES, INC., AMAZON.COM SERVICES LLC,**
*Appellees*

———————————

2024-1427

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01064.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                    ALMONDNET, INC. v. META PLATFORMS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

July 15, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 15, 2024